CROWELL & MORING LLP
Kevin C. Mayer (CSB No. 118177)
E-mail: kmayer@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone:     415.986.2800
Facsimile:      415.986.2827

Andrew D. Kaplan (*Pro hac vice* application to be filed)
E-mail: akaplan@crowell.com
Rebecca B. Chaney (*Pro hac vice* application to be filed)
E-mail: rchaney@crowell.com
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
Telephone:     202.624.2500
Facsimile:      202.628.5116

*Attorneys for Defendants Cordis Corporation and Cardinal Health, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLENE LIMON, et al., | Case No. 3:16-cv-06395-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO POSTPONE CASE MANAGEMENT DEADLINES** |
| v. | |
| CORDIS CORPORATION, et al., | Hon. Jon S. Tigar |
| Defendants. | |

1    WHEREAS, on consideration of the parties' Joint Stipulation to Postpone Case Management Deadlines, and for good cause shown, the Court hereby postpones all pending federal court case management deadlines in this action until resolution of the jurisdictional issues in this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  January 9   , 2017

_____
Hon. Jon S. Tigar
United States District Judge